UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON LEE TURNER,<br><br>            Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF VETERANS AFFAIRS,<br>DEPARTMENT OF VETERANS AFFAIRS<br>MEDICAL CENTER, SAN DIEGO,<br><br>            Defendants. | Civil No.   06-cv-1236-WQH (POR)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO SUBPOENA STATEMENTS AND MEDICAL RECORDS [Document 16]** |

The Court is in receipt of the pro se plaintiff's Motion to Subpoena Statements and Medical Records, filed with the Honorable William Q. Hayes on March 20, 2007. Plaintiff's motion is premature because the Defendants in this case have not yet filed an Answer to Plaintiff's complaint, and the Court has not yet held an Early Neutral Evaluation of this case.

The Court directs Plaintiff to Federal Rule of Civil Procedure 26(d), which states, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." The conference required by Rule 26(f), is a meeting between the parties to discuss arranging for the disclosure of information that each party will seek from the other, as well as other issues. In the Southern District of California that conference follows the Early Neutral Evaluation conference prescribed by Local Rule 16.1(c), which is held by the magistrate judge presiding over each case.

When an Answer to Plaintiff's Complaint is filed by the Defendants in this case, the Honorable Louisa S. Porter, who is the presiding magistrate judge in this matter, will schedule an

1 Early Neutral Evaluation conference. At the Early Neutral Evaluation conference the parties will
2 discuss the claims and defenses of the case, and will attempt to resolve the case. If the case does not
3 settle at the Early Neutral Evaluation conference, the Court will discuss scheduling the Rule 26(f)
4 conference. After the Rule 26(f) conference occurs, Plaintiff will have the opportunity to request the
5 copies of medical records and statements of health workers that he seeks by his current Motion.

6 The Defendants in this case have not yet filed an Answer to Plaintiff's complaint, an Early
7 Neutral Evaluation conference has not yet been held, and the Rule 26(f) conference between the
8 parties has not yet occurred. As Federal Rule of Civil Procedure 26(d) states "a party may not seek
9 discovery from any source before the parties have conferred as required by Rule 26(f)," Plaintiff's
10 Motion to Subpoena Statements and Medical Records is DENIED without prejudice. Compliance
11 with subpoenas already sent by Plaintiff shall be stayed until further court order. To the extent that
12 compliance with those subpoenas does occur, the Court ORDERS that Plaintiff shall maintain any
13 documents produced in response to the subpoenas in a sealed envelope until further court order.

14 IT IS SO ORDERED.

15

16 DATED: April 4, 2007

17

18 LOUISA S PORTER
United States Magistrate Judge

19

20 cc:    The Honorable William Q. Hayes

21    all parties

22    La Jolla V.A. Medical Center, Attention: Administration Department
   3350 La Jolla Village Drive, San Diego, CA 92161
23

24    Department of Veteran Affairs, Mission Valley Regional Office
   8810 Rio San Diego Drive, San Diego, CA 92108
25

26

27

28